IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 7 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

RICHARD KAZMAIER

# 2-22CR0005-Z

## INDICTMENT

The Grand Jury charges:

### Background

At all times relevant to this Indictment, **Richard Kazmaier** was a resident of Canyon, Texas.

The Endangered Species Act ("ESA") and federal regulations required that all wildlife (including parts and products) imported into the United States be presented to and cleared by the U.S. Fish and Wildlife Service ("USFWS") prior to release by U.S. Customs and Border Protection and that the importer or importer's agent sign a completed Declaration for Importation or Exportation of Fish and Wildlife (known as a Form 3-177). 16 U.S.C. § 1538(e), 50 C.F.R. §§ 14.52 and 14.61. Importers must comply with all permit conditions, as well as all applicable laws and regulations. 50 C.F.R. § 13.48.

The United States and approximately 183 other countries were signatories to a multilateral treaty called the Convention on International Trade in Endangered Species of Wild Fauna and Flora, 27 U.S.T. 1087, T.I.A.S. 8249 ("CITES"). CITES provided a mechanism for regulating international trade in species whose survival was considered

**Richard Kazmaier**
**Indictment - Page 1**

threatened by trade or that may become threatened by trade if it is not regulated.

The purpose of CITES was to monitor and regulate the trade of and to protect fauna and flora from commercial activities that might diminish the ability of any species to survive in the wild. CITES classified wildlife and plants in three appendices which gave specific trade protection to fauna and flora. International trade in species listed in these Appendices was monitored and regulated by permits and quotas. The permit requirements applied to live and dead specimens, as well as the skins, parts, and products made in whole or in part from a listed species. Wildlife and plant species listed in Appendix I of CITES were threatened with extinction due in part to international trade. Those in Appendix II included species that were not presently threatened with extinction but may become so if their trade was not regulated. Appendix III included species listed by a member country as to its domestic population. Under Appendix I, a species could be exported from a country only if, prior to exportation, the exporter applied for and obtained a valid CITES export permit from the country of origin or re-export and a valid import permit from the destination country. Species listed in Appendices II and III required a permit from the country of origin or re-export prior to import.

Species listed in CITES were subject to strict U.S. import controls by Title 50, Code of Federal Regulations, Section 23.13, which stated:

> except as provided in § 23.92, it is unlawful for any person subject to the jurisdiction of the United States to conduct any of the following activities unless they meet the requirements of this part: Import, export, re-export, or engage in international trade with any specimen of a species listed in Appendix I, II, or III of CITES.

The importer and exporter were required to provide all pertinent information, as well as

Richard Kazmaier
Indictment - Page 2

submit Federal Fish and Wildlife Application Form 3-200-32, 3-200-33, 3-200-36, and/or 3-200-74.

These CITES documentation requirements are implemented in the United States through the ESA and implementing regulations. 16 U.S.C. §§ 1537a, 1540(f). The ESA made it unlawful to knowingly "trade in any specimen contrary to the provisions of [CITES], or to possess any specimen traded contrary to the provisions of [CITES]." 16 U.S.C. §§ 1538(c)(1), 1540(b)(1). "Trade," in this context, meant the same as international trade. 50 C.F.R. Part 23.5. The USFWS issued regulations incorporating the specific permit requirements and provisions of CITES and listing the species contained on the CITES appendices. 50 C.F.R. Part 23.

**Indictment - Page 3**

Count One
Smuggling goods into the United States
(Violation of 18 U.S.C. §§ 545 ånd 2)

From at least on or about March 2, 2017, through and including on or about

February 17, 2020, in the Amarillo Division of the Northern District of Texas, and

elsewhere, Defendant **Kazmaier** knowingly imported and brought into the United States

merchandise, to wit, wildlife, contrary to law, and received, concealed, bought, and

facilitated the transportation and concealment of such merchandise after importation,

knowing the same to have been imported and brought into the United States contrary to

the ESA, Title 16, United States Code, Sections 1538(e), 1538(c)(1), and 1540(b)(1).

In violation of Title 18, United States Code, Sections 545 and 2.

<u>Count Two</u>
The Endangered Species Act
(Violation of 16 U.S.C. §§ 1538 and 1540)

From at least on or about March 2, 2017, through and including on or about February 17, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, Defendant **Kazmaier** did knowingly import and fail to file required declarations and reports for wildlife.

In violation of Title 16, United States Code, Section 1538(e), the penalty for which can be found at Title 16, United States Code, Section 1540(b)(1); 50 Code of Federal Regulations, Sections 13.48, 14.52, and 14.61; and Title 18, United States Code, Section 2.

Count Three
The Endangered Species Act
(Violation of 16 U.S.C. §§ 1538 and 1540)

Between on or about March 2, 2017, through November 11, 2019, on or about the

dates listed below, in the Amarillo Division of the Northern District of Texas, and

elsewhere, Defendant **Kazmaier** knowingly engaged in trade and possessed the wildlife

specimens listed below that had been traded contrary to the provisions of CITES, to wit:

| Date | Wildlife Species |
|------|------------------|
| 3/2/2017 | Golden jackal (*Canis aureus*) |
| 3/5/2017 | Caracal (*Caracal caracal*) |
| 5/6/2017 | Eurasian otter (*Lutra lutra*) |
| 5/18/2017 | Vervet monkey (*Chlorocebus pygerythrus*) |
| 7/24/2017 | Red-billed leiothrix (*Leiothrix lutea*) |
| 8/11/2017 | Chinese hwamei (*Garrulax canorus*) |
| 10/8/2017 | Crab-eating fox (*Cerdocyon thous*) |
| 11/4/2017 | Masked palm civet (*Paguma larvata*) |
| 2/1/2018 | Mountain weasels (*Mustela altaica*) |
| 2/5/2018 | King bird-of-paradise (*Cicinnurus regius*) |
| 2/5/2018 | African harrier hawk (*Polyboroides typus*) |
| 10/28/2018 | Greater naked-tailed armadillo (*Cabassous tatouay*) |
| 8/8/2019 | Horsfield's treeshrews (*Tupaia javanica*) |
| 11/11/2019 | Eurasian lynx (*Lynx lynx*) |

In violation of Title 16, United States Code, Section 1538(c)(1), the penalty for which can be found at Title 16, United States Code, Section 1540(b)(1); 50 Code of Federal Regulations Sections 23.13 and 23.5; and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:       anna.bell@usdoj.gov


TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION

RYAN CONNORS
Trial Attorney
New York State Bar No. 4404901
150 M Street NE, Suite 4.132
Washington, DC 20002
Telephone:    202-305-0363
Facsimile:    202-514-8865
E-Mail:       ryan.connors@usdoj.gov

**Richard Kazmaier**
**Indictment - Page 7**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

RICHARD KAZMAIER

INDICTMENT

COUNT 1:            VIOLATION OF SMUGGLING GOODS INTO THE
                    UNITED STATES
                    Title 18, United States Code, Sections 545 and 2.

COUNT 2:            VIOLATION OF THE ENDANGERED SPECIES ACT
                    Title 16, United States Code, Sections 1538(e) and
                    1540(b)(1).
                    Title 18, United States Code, Section 2.

COUNT 3:            VIOLATION OF THE ENDANGERED SPECIES ACT
                    Title 16, United States Code, Sections 1538(c)(1) and
                    1540(b)(1).
                    Title 18, United States Code, Section 2.

(3 COUNTS)

A true bill rendered:
Amarillo _____     Foreperson

Filed in open court this _____27th_____ day of ___January___, A.D. 2022.

_____     Clerk

SUMMONS TO BE ISSUED

_____
UNITED STATES MAGISTRATE JUDGE