AO83 (Rev. 10/03) Summons in a Criminal Case

### RETURN OF SERVICE

| |
|---|
| Service was made by me* on: January 27, 2022 @ 1444 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

West Texas A+M University, Natural Science Bldg., RM 319

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 27 2022

CLERK, U.S. DISTRICT COURT
By_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 1/27/2022
        Date

Alec Crook / Alec CR    Special Agent USFWS
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.